**Timothy L. LITTLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41535.**

Missouri Court of Appeals, Western District.

Dec. 26, 1989.

Timothy L. Little, Jefferson City, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).